IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:22-CV-344-FL

BENJAMIN LOCKE, :
    Plaintiff, :
: **NOTICE IDENTIFYING**
v. : **RELATED CASE**
: **L.R. 40.3**
NORTH CAROLINA STATE :
UNIVERSITY, et al, :
    Defendants. :

NOW COMES PLAINTIFF and, through counsel, pursuant to L.R. 40.3 gives this notice of a new related case pending in this district that is related to this case:

In *John Doe v. North Carolina State University*, 5:23-CV-44-D, EDNC, the case is related in that it concerns substantially the same defendant, claims and events at NCSU; the related *John Doe* case calls for a determination of the same questions of law under Title IX, and it appears likely that there will be an unduly burdensome duplication of labor and expense for the individual plaintiffs or conflicting results if the cases are conducted before different judges.

WHEREFORE, Plaintiff asks that the *John Doe* case be designated as related to the *Locke* case and assigned to the Hon. Judge Louise W. Flanagan.

Respectfully submitted this 1st day of February, 2023.

                                      KERSTIN WALKER SUTTON PLLC

*/s/ Kerstin W. Sutton*
Kerstin W. Sutton
Counsel for the Plaintiff

3215 Deerchase Wynd
Durham, NC 27712-3020
(919) 617-0009
kws@kwsutton.com
NC 30008

## CERTIFICATE OF SERVICE

I certify that on February 1, 2023, I caused a true and correct copy of the foregoing Notice of Connected Case to be served upon all Counsel of Record via the Court's ECM/CF System.

KERSTIN WALKER SUTTON PLLC

*/s/ Kerstin W. Sutton*

Kerstin W. Sutton
Counsel for the Plaintiff

3215 Deerchase Wynd
Durham, NC 27712-3020
(919) 617-0009
kws@kwsutton.com
NC 30008
