IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:22-CV-344-FL

| BENJAMIN LOCKE, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | NOTICE OF |
| v. | : | RELATED CASE |
| | : | L.R. 40.3 |
| | : | |
| NORTH CAROLINA STATE | : | |
| UNIVERSITY, et al, | : | |
| Defendants. | : | |

NOW COMES PLAINTIFF through undersigned counsel and pursuant to L.R. 40.3 gives notice of a newly filed case related to this action in *John Doe 2 v. North Carolina State University*, 5:23-cv-216-M. *Doe 2* concerns substantially the same events, a similar question of law, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Respectfully submitted on April 21, 2023.

KERSTIN WALKER SUTTON PLLC

/s/ Kerstin W. Sutton
Kerstin W. Sutton
Counsel for the Plaintiff

3215 Deerchase Wynd
Durham, NC 27712-3020
(919) 698-9555
kws@kwsutton.com
NC 30008

## CERTIFICATE OF SERVICE

I certify that on April 21, 2023, I caused a true and correct copy of the foregoing Notice to be served upon all Counsel of Record via the Court's ECM/CF System.

KERSTIN WALKER SUTTON PLLC

/s/ Kerstin W. Sutton
Kerstin W. Sutton
Counsel for the Plaintiff
