IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:22-CV-344-FL

| | |
|---|---|
| BENJAMIN C. LOCKE,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT M. MURPHY JR., in his Official and Individual Capacities,<br><br>    Defendant. | **REPORT OF THE PARTIES' PLANNING MEETING**<br><br>**Rule 26(f)** |

The following persons participated in a Rule 26(f) conference on October 25, 2023 by telephone:

1. Kerstin W. Sutton, representing Plaintiff Benjamin C. Locke, and Jared Hammett, representing Defendant Robert M. Murphy, Jr.

2. Initial Disclosures: The parties will complete the initial disclosures required by Rule 26(a)(1) by December 8, 2023.

3. Discovery Plan. The parties propose this discovery plan:

    (a) Discovery will be needed on these subjects: liability and damages.

    (b) Date for commencing discovery: January 5, 2024. Date for completing discovery: September 1, 2024.

    (c) Maximum number of interrogatories by each party to another party, along with the dates the answers are due: 30 per party served and due 30 days after service, unless additional time is allowed by the party serving the interrogatories, with such leave freely given.

    (d) Maximum number of requests for admission, along with the dates responses are due: 30 per party served and due 30 days after service, unless additional time is allowed by the party serving the interrogatories, with such leave freely given.

1

(e) Maximum number of depositions by each party: 10 per party as to fact witnesses.

(f) Limits on the length of depositions, in hours: Until completion.

(g) Dates for exchanging reports of expert witnesses: For Plaintiff – May 1, 2024; for Defendants – June 1, 2024.

(h) Dates for supplementations under Rule 26(e): As required by the Federal Rules of Civil Procedure.

(i) Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced: Other than information filed/to be filed under seal pursuant to agreed-upon protective order, none at this time.

(j) Any issues about claims of privilege or of protection as trial-preparation materials: Other than information filed/to be filed under seal pursuant to agreed-upon protective order, none at this time.

4. Other Items:

(a) A date if the parties ask to meet with the court before a scheduling order: 14 days prior to the issuance of the scheduling order, if ordered by the Court.

(b) Requested date for pretrial conferences: 14 days before trial.

(c) Final date for plaintiffs to amend pleadings or to join parties: March 15, 2024.

(d) Final date for defendants to amend pleadings or to join parties: March 15, 2024.

(e) Final date to file dispositive motions: 15 days after the close of discovery.

(f) State the prospects for settlement: Unknown at this time.

(g) Identify any alternative dispute resolution procedure that may enhance settlement prospects and the timing of such procedure: Mediation.

(h) Final date for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists: 45 days prior to trial.

(i) Final date to file objections under Rule 26(a)(3): As required by the Federal Rules of Civil Procedure.

(j) Suggested trial date and estimate of trial length: By or on December 9, 2024; estimated length is one week.

(k) Other matters: None at this time.

Respectfully submitted,

This the 30th day of November, 2023.

/s/Kerstin Walker Sutton
KERSTIN W. SUTTON
Attorney for Plaintiffs

KERSTIN WALKER SUTTON PLLC
3215 Deerchase Wynd
Durham, NC 27712-3020
kws@kwsutton.com


/s/Jared Hammett
JARED HAMMET
Attorney for Defendant

Kurtz & Blum
434 Fayetteville St., #710
Raleigh, North Carolina 27601
j.hammett@kurtzandblum.com

3