IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:22-CV-344-FL

| | |
|---|---|
| BENJAMIN LOCKE,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT M. MURPHY, JR., in his official and individual capacities,<br><br>    Defendant. | **IDENTIFICATION OF AGREED UPON MEDIATOR**<br><br>**Local ADR Rule 101.1c(a)** |

Pursuant to Local ADR Rule 101.1c(a), counsel for Plaintiffs files this written statement identifying GREGORY A. HEAFNER as the mediator chosen from the EDNC mediator list agreed upon by counsel.

This is December 19, 2023.

Respectfully submitted,

KERSTIN WALKER SUTTON PLLC

/s/Kerstin Walker Sutton
Kerstin Walker Sutton
Attorney for Plaintiffs

3215 Deerchase Wynd
Durham, NC 27712-3020
(919) 698-9555
kws@kwsutton.com