IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA WESTERN DIVISION
CIVIL ACTION NO. 5:22-CV-344-FL

| | |
|---|---|
| BENJAMIN C. LOCKE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT M. MURPHY JR., in his official and individual capacities,<br><br>    Defendant. | CERTIFICATION OF AGREEMENT OF MEDIATOR<br><br>(Rule 101.1c) |

PLEASE TAKE NOTICE THAT, pursuant to Rule 101.1c of the Local ADR rules, and regarding [52] Selection of Mediator, the parties certify that the mediator, Gregory A. Heafner, has agreed to his selection and a copy of this statement shall be served on the mediator at the time this certification is filed.

Submitted this 30th day of January, 2024.

                                                                                     KERSTIN WALKER SUTTON PLLC

                                                                                      /s/ Kerstin Walker Sutton
                                                                                      Kerstin Walker Sutton
                                                                                      Counsel for Plaintiff

                                                                                      3215 Deerchase Wynd
                                                                                      Durham, NC 27712-3020
                                                                                      (919) 698-9555
                                                                                      kws@kwsutton.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was served upon all counsel of record and the mediator by electronic mail at the following:

Jared Hammett
j.hammett@kurtzandblum.com
Kurtz & Blum PLLC
434 Fayetteville St., Suite 710
Raleigh, North Carolina 27601

Gregory A. Heafner
gsheafner@bellsouth.net
1510 Twisted Oak Drive
Chapel Hill, North Carolina 27516

This is the 30th day of January, 2024.

                KERSTIN WALKER SUTTON PLLC

                /s/ Kerstin Walker Sutton
                Kerstin Walker Sutton
                Counsel for Plaintiff