# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| Benjamin C. Locke | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:22-cv-00344-FL |
| North Carolina State University, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Raymond M. Harrison.

Date: 08/05/2025

/s/ Armina A. Manning
*Attorney's signature*

Armina A. Manning
*Printed name and bar number*

McGuireWoods LLP
501 Fayetteville Street, Suite 500
Raleigh, NC  27601-3071
*Address*

aamanning@mcguirewoods.com
*E-mail address*

(919) 755-6668
*Telephone number*

(919) 755-6598
*FAX number*