**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CASE NO. 5:22-cv-00344-FL**

| | |
|---|---|
| BENJAMIN LOCKE,<br><br>     Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE UNIVERSITY; WILLIAM R. WOODSON, in his official capacity; DEBORAH A. YOW, in her official capacity; LESTER S. CLINKSCALES, in his official capacity; and ROBERT M. MURPHY, JR., in his official and individual capacities,<br><br>     Defendants. | **DEFENDANT NORTH CAROLINA STATE UNIVERSITY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**Fed. R. Civ. P. 12(b)(1)**<br>**Fed. R. Civ. P. 12(b)(2)**<br>**Fed. R. Civ. P. 12(b)(6)** |

Pursuant to Rules 12(b)(1), (b)(2) and (b)(6) of the Federal Rules of Civil Procedure, Defendant North Carolina State University ("NC State") respectfully moves the Court for an order dismissing the claims against it in the above-captioned action for lack of jurisdiction due to sovereign immunity and for failure to state a claim upon which relief may be granted. In support of this Motion, NC State relies on the accompanying memorandum. For the reasons discussed more fully therein, NC State respectfully requests that all claims against it by Plaintiff Locke be dismissed.

Respectfully submitted, this the 29th day of August, 2025.

**ELLIS & WINTERS LLP**

/s/ Alex J. Hagan
Alex J. Hagan
N.C. Bar No. 19037
Chelsea Pieroni
N.C. Bar No. 59816
Post Office Box 33550
Raleigh, NC 27636
Tel: (919) 865-7000
Fax: (919) 865-7010
alex.hagan@elliswinters.com
chelsea.pieroni@elliswinters.com

Dixie T. Wells
N.C. Bar No. 26816
Ellis & Winters LLP
Post Office Box 2752
Greensboro, NC 27402
Tel: (336) 217-4193
Fax: (336) 217-4198
dixie.wells@elliswinters.com

Counsel for Defendant North Carolina State
University